

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: ALL CRIMINAL MATTERS | § | **STANDING ORDER** |
| ASSIGNED TO JUDGE HENDRICKS | § | |

The following deadlines will apply to all criminal matters before the undersigned:

- **COMMUNICATIONS WITH THE COURT**: Please send all emails regarding criminal cases to Hendricks_ecf@scd.uscourts.gov rather than to individual chambers' staff, and please make sure to include the defendant's name and criminal case number in the subject line.

- Defense Attorneys are required to meet with their client(s) before scheduled Pretrials and Pleas.

- **Defendants are required to appear at scheduled hearings.** The Court employs a strong presumption against granting waivers of appearance. Such waivers will only be granted in the event of extraordinary circumstances and upon the filing of a written motion.

- **Motions to Continue** filed before a scheduled pretrial conference shall state a reason under 18 U.S.C. § 3161(h)(7)(B) why a continuance is requested, and be filed as soon as it is known that a continuance is needed. Motions to continue *must* include the language that **defense counsel has specifically advised his client that by requesting this continuance, or consenting thereto, the defendant has waived his rights to a speedy trial,** as well as language that they have consulted with the Assistant U.S. Attorney assigned to the case, and the AUSA consents.

- **Plea Agreements** must be scanned and electronically filed with the Court no later than twenty-four hours prior to a plea hearing.

- **Motions to Suppress** will be scheduled for hearing prior to Pre-Trials. All Motions to Suppress require filing of written briefs. Motions should be filed as soon as the Pretrial Conference is noticed so the Government can adequately respond.

- **Joint Strikes for Cause**[1] shall be completed and emailed to the appropriate courtroom deputy by 8:00 am the day before jury selection.

---

[1] Joint Strikes for Cause can be found at http://www.scd.uscourts.gov/ under Judge Hendricks: Form Orders and Operational Orders

- **Joint Requests for Voir Dire** shall be emailed to chambers at hendricks_ecf@scd.uscourts.gov, no later than one week prior to **jury selection**. Requests for Voir Dire must include a list of witnesses along with their addresses as well as the occupation of each witness if relevant.

- The parties are required to **jointly** submit one set of **Requests to Charge** to chambers via email at hendricks_ecf@scd.uscourts.gov no later than one week prior to **trial**. If the parties cannot agree upon one entire set, they are required to submit joint instructions that have been agreed upon, and submit supplemental instructions that have not been agreed on. Each supplemental instruction should list the party requesting the instruction as well as any party's objection to the instruction. Legal authority should be cited in all instructions.

- The parties are required to submit **Trial Briefs** to chambers via email at hendricks_ecf@scd.uscourts.gov no later than one week prior to **trial**. Trial Briefs can be ex parte, and do not need to be shared with the opposing party.

- Attorneys for each side shall, prior to trial, meet for the purpose of agreeing and marking all exhibits to be used at trial, and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the opposing party must file such objections with the Court at least two days prior to trial.[2]

- **Sentencing Memorandums, Motions for Downward Departure, Motions for Variance, Motions to Reduce Sentence or any motion regarding sentencing guidelines** must be filed no later than **two weeks** prior to sentencing. Responses are due **one week** prior to sentencing.

Failure to timely file will result in sanctions and/or a waiver of any requests.

Additionally, all attorneys must be present thirty minutes prior to all court appearances. Defense counsel are responsible for assuring that defendants have been notified of all hearings, and that defendants and material witnesses are properly dressed for court appearances. Likewise, the U.S. Attorney's office is responsible for the proper dress of the government's material witnesses.

**IT IS SO ORDERED.**

Bruce Howe Hendricks
United States District Judge

June 29, 2022

---

[2] The Government may wait until the day of trial to mark fungible evidentiary items such as drugs, money, etc.